IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Angela Guzy,<br>    Plaintiff<br><br>v.<br><br>Zwicker & Associates, P.C.,<br>    Defendant | Docket 3:13-cv-00803-ARC<br><br>(JUDGE A. RICHARD CAPUTO)<br><br><br><br>FILED ELECTRONICALLY |

**STIPULATION OF DISMISSAL**

Please dismiss this action with prejudice, with each party to bear its own costs and attorney's fees.

| | |
|---|---|
| /s/ Brett Freeman<br>Brett Freeman: Bar Number PA308834<br>Attorney(s) for Plaintiff<br>Sabatini Law Firm, LLC<br>216 N. Blakely St.<br>Dunmore, PA 18512<br>Phone (570) 341-9000<br>Facsimile (570) 504-2769<br>Email: ecf@bankruptcypa.com | s/ Jonathan Greystone<br>Jonathan Greystone: Bar Number 50223<br>Attorney for Defendant<br>Spector Gadon & Rosen, P.C.<br>1635 Market Street, 7th Floor<br>Philadelphia, PA  19103<br>Phone (215) 241-8927<br>Facsimile (215) 241-9140<br>Email jgreystone@lawsgr.com |