IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Angela Guzy,<br>    Plaintiff | Docket 3:13-cv-00803-ARC |
| v. | (JUDGE A. RICHARD CAPUTO) |
| Zwicker & Associates, P.C.,<br>    Defendant | FILED ELECTRONICALLY |

## ORDER

The parties having filed a Stipulation of Voluntary Dismissal, IT IS ORDERED that this action is hereby dismissed with prejudice, with each party to bear its own costs and attorney's fees.

The Clerk of Court is directed to close the case.

Date: _November 6, 2013_

_____
A. Richard Caputo
United States District Judge